IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAFIYQ DAVIS,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | **CIVIL ACTION NO. 23-CV-4702** |
| : | |
| **JEFFREY ROSENBAUM,** *et al.* : | |
|     **Defendants.** : | |

**ORDER**

AND NOW, this 8th day of April, 2024, upon consideration of Plaintiff Rafiyq Davis's Motions to Proceed In Forma Pauperis (ECF Nos. 1, 6, 8) and pro se Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** in part **WITH PREJUDICE** and in part **WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum, as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE**.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                **BY THE COURT:**

                                */s/ Mitchell S. Goldberg*
                                **MITCHELL S. GOLDBERG, J.**